**JANUARY 9, 1940**

**No. 43025.**——Protest 927971–G of Lunham & Reeve, Inc. C. D. 258. Application by plaintiff for rehearing denied.

**No. 43026.**——Protest 824967–G of Gehl Bros. C. D. 259. Application by plaintiffs for rehearing granted.

**JANUARY 13, 1940**

**No. 43027.**——Protest 959794–G of Central Films, Ltd. C. D. 257. Application by plaintiff for rehearing denied.

**JANUARY 12, 1940**

**No. 43028.**—SUIT 4237.——*United States* v. *Titan Shipping Co., Inc.* (*E. J. Fay*). Reap. Dec. 4489 affirmed.

**JANUARY 15, 1940**

**No. 43029.**—SUIT 4239.——*Swift & Co.* v. *United States.* C. D. 118 affirmed.

**BEFORE THE SECOND DIVISION, JANUARY 17, 1940**

**No. 43030.**—Petition 5866–R of E. C. Palmer & Co., Ltd. (New Orleans).

Opinion by DALLINGER, J. It appeared that in making the entry there was no intention to defraud the revenue, conceal or misrepresent the facts, or to deceive the appraiser as to the facts. On the record presented the petition was granted.

**BEFORE THE SECOND DIVISION, JANUARY 18, 1940**

**No. 43031.**—Protests 811638–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) bridge table pencil holders plated with silver were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 43032.**—Protest 767730–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 30367 the candlesticks in question were held dutiable at 40 percent under paragraph 339 as claimed.